IN THE CIRCUIT COURT OF THE
SEVENTEENTH JUDICIAL CIRCUIT
BROWARD COUNTY, FLORIDA

BANK OF AMERICA, N.A.,

    Plaintiff,

v.      Civil Action File No:

MARTHA C PUERTO-SWINSON,

    Defendant.

## COMPLAINT

COMES NOW Plaintiff Bank of America, N. A., by and through counsel, and shows the following:

### PARTIES AND JURISDICTION

1.

Defendant Martha C Puerto-Swinson is subject to the jurisdiction of this Court and may receive service of process at 9111 SW 22ND CT UNIT A, DAVIE, FL 333246855.

2.

Venue is proper as Martha C Puerto-Swinson (hereinafter "Defendant") resides within the judicial district of this Court.

### FACTS

3.

Defendant entered into a contract ("Contract") with Bank of America and/or Bank of America's predecessor in interest in order to obtain a loan for the benefit of Defendant. (Exhibit "A").

Exhibit B

4.

Additionally, as part of the same transaction, Defendant executed a mortgage in favor of Bank of America and/or Bank of America's predecessor in interest, which was duly recorded. (Exhibit "B").

5.

The Contract, and any modifications thereto (if any), required that Defendant repay the subject extension of credit.

6.

Specifically, the Contract required that Defendant make monthly minimum repayments of the loaned funds.

7.

Defendant's Contract was accelerated and charged-off on 07/25/16 as a result of Defendant's failure to abide by the Contract's monthly minimum payment requirements.

8.

A copy of the Transactional History for the subject account is attached hereto as Exhibit "C" and demonstrates that Defendant presently owes $53,537.33 to Bank of America as a result of Defendant's breach of the Contract.

## COUNT I: BREACH OF CONTRACT AGAINST DEFENDANT

9.

Bank of America incorporates by reference Paragraphs 1 through 8 as if fully set forth herein.

10.

Bank of America and/or its predecessor in interest and Defendant entered into the Contract.

Exhibit B

11.

Defendant breached the terms and conditions of the Contract, and any modifications thereto (if any), by failing to make the required payments or otherwise satisfy the terms of the Contract.

12.

Plaintiff Bank of America further shows that it has performed all conditions precedent necessary to commence this action, or that all conditions precedent have otherwise occurred.

13.

As a result of Defendant's breach of the Contract, Bank of America suffered damages of $53,537.33.

WHEREFORE, Plaintiff Bank of America, N. A. demands:

A. Judgment against Defendant; and

B. Any and all other relief that this Court deems appropriate.

                                        Respectfully submitted,

                                        DREW ECKL & FARNHAM, LLP

                                        */s/ Paul W. Burke*
                                        Paul W. Burke
                                        Florida Bar No. 376841
                                        Kristen Johnson
                                        Florida Bar No. 89096

Drew Eckl & Farnham, LLP
235 Peachtree St. NE, Suite 1900
Atlanta, Georgia 30303
Tel: (404) 885-1400
Fax: (404) 876-0922
pwbpleadings@deflaw.com

Exhibit B

# EXHIBIT A

Exhibit B

## Bank Of America NA Plaintiff vs. Martha C Puerto-Swinson Defendant

**Broward County Case Number:** ▓▓▓▓▓▓▓▓
**State Reporting Number:** ▓▓▓▓▓▓▓▓
**Court Type:** Civil
**Case Type:** Contract and Indebtedness
**Incident Date:** N/A
**Filing Date:** 03/11/2020
**Court Location:** Central Courthouse
**Case Status:** Disposed
**Magistrate Id / Name:** N/A
**Judge ID / Name:** 04 Perlman, Sandra

### — Party(ies)   Total: 2

| Party Type | Party Name | Address | Attorneys / Address — Denotes Lead Attorney |
|---|---|---|---|
| Plaintiff | **Bank Of America NA** | | ⚑ Burke, Paul W<br>Retained<br>Bar ID: 376841<br>Drew Eckl & Farnham, LLP<br>235 Peachtree St. NE., Suite 1900<br>Atlanta, GA 30303<br>**Status: Active**<br><br>Johnson, Kristen Kelly<br>Retained<br>Bar ID: 89096<br>Mozley, Finlayson & Loggins LLP<br>4767 New Broad St.<br>Orlando, FL 32814-6405<br>**Status: Active** |
| Defendant | **Puerto-Swinson, Martha C** | | |

### — Disposition(s)   Total: 1

Exhibit B

| Date | Statistical Closure(s) |
|---|---|
| 04/07/2021 | Dismissed Before Hearing - Other |

| Date | Disposition(s) | View | Page(s) |
|---|---|---|---|
| 04/07/2021 | **Voluntary Dismissal W/O Prejudice**<br>Vol./Book 0 , Page 0, 2 pages<br>Instrument Number 117181435 | 📄 | 2 |

### Event(s) & Document(s)

Total: 12

| Date | Description | Additional Text | View | Pages |
|---|---|---|---|---|
| 03/24/2021 | **Summons Returned Served** | 03/19/21<br>Party: *Defendant* Puerto-Swinson, Martha C | 📄 | 1 |
| 03/12/2021 | **Order** | ON RECORD ACTIVITY OF LACK OF PROSECUTION /CANCELLED | 📄 | 1 |
| 03/12/2021 | **Order Extending Time** | PLTF /GRANTED | 📄 | 1 |
| 03/12/2021 | **Exhibits** | MOTION TO EXTEND SERVICE TIME AND INCORPORATED BRIEF IN SUPPORT<br>Party: *Plaintiff* Bank Of America NA | 📄 | 3 |
| 03/11/2021 | **Motion for Extension of Time** | AND INCORPORATED BRIEF IN SUPPORT<br>Party: *Plaintiff* Bank Of America NA | 📄 | 3 |
| 03/11/2021 | **Summons Returned Unserved** | MARTHA C PUERTO-SWINSON | 📄 | 1 |
| 03/11/2021 | **eSummons Issuance - Alias** | MARTHA C. PUERTO-SWINSON | 📄 | 3 |

Exhibit B

| Date | Description | Additional Text | View | Pages |
|---|---|---|---|---|
| 01/26/2021 | Circuit - Notice LOP Order to Show Cause Notice of Hearing | | 📄 | 2 |
| 03/12/2020 | Clerk's Certificate of Compliance | none | 📄 | 1 |
| 03/11/2020 | Civil Cover Sheet | Amount: $53,537.00 | 📄 | 2 |
| 03/11/2020 | Complaint (eFiled) | Party: *Plaintiff* Bank Of America NA | 📄 | 42 |
| 03/11/2020 | eSummons Issuance | Party: *Defendant* Puerto-Swinson, Martha C | 📄 | 3 |

− Hearing(s)   Total: 0

There is no Disposition information available for this case.

− Related Case(s)   Total: 0

There is no related case information available for this case.

Exhibit B