Filing # 124529306 E-Filed 04/07/2021 11:00:03 PM

IN THE CIRCUIT COURT OF THE<br>
SEVENTEENTH JUDICIAL CIRCUIT,<br>
BROWARD COUNTY, FLORIDA

BANK OF AMERICA, N.A., )
    Plaintiff(s), )
)
v. ) Civil Action No: CACE20004482
) Division: 04
)
MARTHA C. PUERTO-SWINSON, )
    Defendant(s). )
)

## DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff Regions Bank, by and through counsel, and hereby dismisses its complaint against Defendant MARTHA C. PUERTO-SWINSON ("Defendant") without prejudice. The Clerk of Court is instructed to mark the record as a Dismissal Without Prejudice as to Defendant.

Respectfully submitted,

DREW ECKL & FARNHAM, LLP

/s/ Paul Burke
Paul W. Burke
Florida Bar No. 376841

235 Peachtree St., NE, Ste. 1900
Atlanta, Georgia 30303
Tel: (404) 885-1400
pwbpleadings@deflaw.com
*Attorneys for Plaintiff*

11475140/1
06264-139021

Exhibit C

*** FILED: BROWARD COUNTY, FL BRENDA D. FORMAN, CLERK 04/07/2021 11:00:03 PM.****

IN THE CIRCUIT COURT OF THE
SEVENTEENTH JUDICIAL CIRCUIT,
BROWARD COUNTY, FLORIDA

| | |
|---|---|
| BANK OF AMERICA, N.A., | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | ) Civil Action No: CACE20004482 |
| | ) Division: 04 |
| | ) |
| MARTHA C. PUERTO-SWINSON, | ) |
| Defendant(s). | ) |
| | ) |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have caused service of the within and foregoing **DISMISSAL WITHOUT PREJUDICE** to be made upon all parties in the above-referenced action via email, the Court's electronic filing system, or by placing a copy in the United States Mail with adequate postage affixed thereon and addressed as follows:

Martha C. Puerto-Swinson
9111 SW 22nd Ct., Unit A-3
Davie, FL 33324

This 7th day of April, 2021.

DREW ECKL & FARNHAM, LLP

/s/ Paul W. Burke
Paul W. Burke
Florida Bar No. 376841

Drew Eckl & Farnham, LLP
235 Peachtree St., NE, Ste. 1900
Atlanta, Georgia 30303
Tel:   (404) 885-1400
pwbpleadings@deflaw.com

11475140/1
06264-139021

Exhibit C