


Valuation Solutions

# Residential Property BPO (Drive-by)

## Order Information

Lender/Client Reference #: [redacted]4821

Order #: [redacted]4599

Owner: MARTHA PUERTO SWINSON

Lender/Client: Bank of America-Bankruptcy

Lender/Client Address: 8501 Fallbrook Ave, West Hills, CA 91304-3242

Assignment Type: ☐ Purchase ☒ Servicing ☐ Home Equity Loan ☐ Other

## Subject Property Analysis

Property Address: 9111 SW 22ND CT Unit # 1 City: Davie State: FL Zip: 33324-6893

County: Broward

Type: ☒ SFR ☐ Coop ☐ PUD ☐ Multi Unit/# of Units ☐ Mfg ☐ Vacant Land ☐ Other

Occupancy: ☒ Owner ☐ Tenant ☐ Vacant ☐ Condo ☒ Attached ☐ Detached Project # of Units: Dues Per Mo. $

Has the subject property been listed over the prior 12 months? ☐ Yes ☒ No

Is the subject property currently listed? ☐ Yes ☒ No

Original List Date: N/A Original List Price $ N/A Current /Last List Price $ N/A Total Days on the Market N/A

Comments/Exception/Condition: (based on provider's observations)

Based on exterior observation, subject property is in Average condition.

Repairs and Improvements Required for Marketability and/or Livability of the property:

Estimate of repairs needed for subject property:

**Exterior:**

| | |
|---|---|
| Painting | $ 0 |
| Structural | $ 0 |
| Landscaping | $ 0 |
| Roof | $ 0 |
| Windows | $ 0 |
| Other | $ 0 |

Do you recommend repairs? ☐ Yes ☒ No

**Estimated Total Repair Costs: $** 0

Overall Condition: ☐ Good ☒ Average ☐ Fair* ☐ Poor*

*If Fair or Poor, please comment below and provide supporting photos if available:

Comments/Exception:

none noted

## Neighborhood Analysis

Location: ☐ Urban ☒ Suburban ☐ Rural

Price Range: $ 204000 to $ 377880

Similarity of Properties: ☒ Very Similar ☐ Somewhat Similar ☐ Not Similar

Price Trending: ☐ Increasing ☒ Stable ☐ Declining

Built Out: ☐ Under 25% ☒ 25-75% ☐ Over 75%

By % over last ☐ YR ☐ MO

Source: Tax

Comments: (REO activity, housing price trends, supply and demand, average marketing time)

Neighborhood Market trends and Condition: Stable
Supply and demand: Stable.
Prevalence of REO properties and seller concessions: Stable.

# Residential Property BPO (Drive-by)

## Comparable Sales (List in order of comparability)

| Feature | Subject | Comp 1 | Comp 2 | Comp 3 |
|---|---|---|---|---|
| Address (include unit #, if applicable): | 9111 SW 22ND CT 1<br>Davie FL 33324-6893 | 2161 SW 81st Ave # 0<br>Davie FL 33324 | 9102 C SW 19th Pl # 9102 C<br>Davie FL 33324 | 9156 SW 23rd St # D<br>Davie FL 33324 |
| Project Size (if applicable) | N/A | N/A | N/A | N/A |
| Data Source | Tax | MLS | MLS | MLS |
| Proximity To Subject (miles) | | 0.92 | 0.40 | 0.24 |
| Sale Price | | 255000 | 304000 | 314000 |
| REO/Short Sale: (yes or no) | NO | NO | NO | NO |
| Date of Sale | | 12/18/2020 | 10/01/2020 | 03/08/2021 |
| Total Days on the market | | 52 | 57 | 45 |
| Property Type | SFR | SFR | SFR | SFR |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | FEE SIMPLE | FEE SIMPLE |
| Lot Size (acres) | 0.02 | 0.02 | 0.02 | 0.02 |
| Exterior Construction/Finish | Frame | Frame | Frame | Frame |
| Year Built (YYYY) | 1980 | 1980 | 1981 | 1983 |
| Condition | Average | Average | Average | Average |
| Gross Living Area (SF) | 1628 | 1380 | 1488 | 1488 |
| Bedrooms/Bath | 2 1.0 | 2 2.0 | 3 2.1 | 3 2.1 |
| Basement | 0 | 0 | 0 | 0 |
| Garage | None | 0 | 0 | 0 |
| Other Amenities | None | None | None | None |
| Other None | None | None | None | None |
| Currently for sale? | NO | NO | NO | NO |

**Comments: (Explain how each comparable is superior/inferior or similar to the subject property and include Sales History Analysis for subject and comps)**

Subject Comments:

* OVERFLOW - SEE "ADDITIONAL FIELD TEXT ADDENDA" *

Sales Comparable 1:

Adjustments:,Bath:$-2000,GLA:$4960,View:$2500,Total Adjustment:5460,Net Adjustment Value:$260460
Property is similar in condition and bed count to the subject.
This is SFR style townhome property.

Sales Comparable 2:

Adjustments:,Bed:$-4000,Bath:$-2000,HBath:$-1000,GLA:$2800,Total Adjustment:-4200,Net Adjustment Value:$299800
Property is similar in condition and age to the subject.
This is SFR style townhome property.

Sales Comparable 3:

Adjustments:,Bed:$-4000,Bath:$-2000,HBath:$-1000,GLA:$2800,View:$2500,Total Adjustment:-1700,Net Adjustment Value:$312300
Property is similar in condition and pool count to the subject.
This is SFR style townhome property.

## Comparable Listings (List in order of comparability)

| Feature | Subject | Comp 1 | Comp 2 | Comp 3 |
|---|---|---|---|---|
| Address (include unit #, if applicable): | 9111 SW 22ND CT 1<br>Davie FL 33324-6893 | 2810 SW 87th Ave # 901<br>Davie FL 33328 | 9134 SW 20th Pl<br>Davie FL 33324 | 9121 SW 22nd # D-5<br>Davie FL 33324 |
| Project Size (if applicable) | N/A | N/A | N/A | N/A |
| Data Source | Tax | MLS | MLS | MLS |
| Proximity to Subject (miles) | | 0.60 | 0.30 | 0.02 |
| List Price | N/A | 259900 | 299500 | 314900 |
| REO/Short Sale: (yes or no) | NO | NO | NO | NO |
| List Date | N/A | 06/04/2021 | 05/07/2021 | 06/13/2021 |
| Total Days on the market | N/A | 31 | 59 | 22 |
| Property Type | SFR | SFR | SFR | SFR |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | FEE SIMPLE | FEE SIMPLE |
| Lot Size (acres) | 0.02 | 0.02 | 0.02 | 0.02 |
| Exterior Construction/Finish | Frame | Frame | Frame | Frame |
| Year Built (YYYY) | 1980 | 1981 | 1982 | 1980 |
| Condition | Average | Average | Average | Average |
| Gross Living Area (SF) | 1628 | 1500 | 1488 | 1350 |
| Bedrooms/Bath | 2 1.0 | 3 2.1 | 2 2.1 | 2 2.1 |
| Basement | 0 | 0 | 0 | 0 |
| Garage | None | 0 | 0 | 0 |
| Other Amenities | None | None | None | None |
| Other None | None | None | None | None |

**Comments: (Explain how each comparable is superior/inferior or similar to the subject property and include Sales History Analysis for subject and comps)**

Listing Comparable 1:

* OVERFLOW - SEE "ADDITIONAL FIELD TEXT ADDENDA" *

ListingComparable 2:

* OVERFLOW - SEE "ADDITIONAL FIELD TEXT ADDENDA" *

Listing Comparable 3:

* OVERFLOW - SEE "ADDITIONAL FIELD TEXT ADDENDA" *

## Price Opinion Conclusions & Signature

This opinion or analysis is not an appraisal. It is intended only for the benefit of the client, as permitted by state laws, for the purpose of (a) determining a potential price for sale listing purposes or (b) general default or mortgage servicing or (c) asset management purposes.

Price Opinion Analysis / Conclusions:

* OVERFLOW - SEE "ADDITIONAL FIELD TEXT ADDENDA" *

The BPO Provider's price opinion for the subject property:

"As is" price opinion based on normal marketing time: $ 262000

"As repaired" price opinion based on normal marketing time: $ 262000

"As is" price opinion (provide 90-day value unless otherwise instructed): $ 261000

Other (as requested by client): $ ______ ______ (if applicable)

| | | | |
|---|---|---|---|
| BPO Provider Signature: | Joe Fansler | Managing/Principal Broker Signature: | Joe Fansler |
| Date Signed: | 07/05/2021 | Date Signed: | 07/05/2021 |
| BPO Provider Name: | Joe Fansler | Managing/Principal Broker Name: | Joe Fansler |
| BPO Provider Company: | American Real Estate and Mortgage LLC | Managing/Principal Broker Company: | American Real Estate and Mortgage LLC |
| BPO Provider Address: | po box 480243 | Managing/Principal Broker Address: | po box 480243 |
| | Fort Lauderdale FL 33348 | | Fort Lauderdale FL 33348 |
| Phone Number: | (954) 608-2713 | Phone Number: | (954) 608-2713 |
| Email Address: | 4thishouse@gmail.com | Email Address: | 4thishouse@gmail.com |
| BPO Provider License #: | BK3029992 | Managing/Principal Broker License #: | BK3029992 |
| License State: | FL | License State: | FL |

This report includes the following exhibits:

- [X] Subject Photos
- [X] Comparable Photos
- [X] Listing Photos
- [X] Location Map with subject listings and comparables


© 2016 Corelogic, Inc. All rights reserved.
CORELOGIC and the CoreLogic logo are trademarks of CoreLogic, Inc. and/or its subsidiaries.

Order #: 25494599

Exhibit D

# Disclosures

**Arkansas: Notwithstanding any preprinted language to the contrary, this opinion is not an appraisal of the market value of the property. If an appraisal is desired, the services of a licensed or certified appraiser must be obtained.**

**Pursuant to Ark. Code. Ann. § 17-42-110(d), a broker price opinion or market analysis issued by a real estate licensee shall not contain the terms "market value", "appraised value", or "appraisal".**

**Any reference in the report to a specific marketing time period is for illustrative purposes only and does not obligate the licensee or broker to sell the property within the stated timeframe or act as a representation or guarantee that the property will be sold within such timeframe.**

**Unless otherwise indicated, the broker price opinion assumes without investigation a fee simple title ownership interest without any reservation of minerals, subsurface rights, or otherwise.**

**This broker price opinion report is to be used solely for purposes allowed by state and federal law. If the report is to be used for any purpose not specifically allowed by state and federal law, legal counsel should be consulted.**

**Colorado: This evaluation [sic] was prepared by a licensed real estate broker and is not an appraisal. This evaluation [sic] cannot be used for the purposes of obtaining financing. Pursuant to 12-61-702(5)(b)(II), C.R.S, brokers are prohibited from completing CMA's or BPOS that are used for the purpose of obtaining financing.**

**Delaware: Notwithstanding any language to the contrary contained herein, this Competitive Market Analysis is NOT an appraisal of the market value for property and is not intended to be used for any legal purpose including approval of a mortgage loan, modification of a mortgage loan, divorce/property separation, estate settlement, bankruptcy proceedings or any other purpose where real estate value is needed. If an appraisal is desired, the services of a licensed or certified appraiser must be obtained.**

**Note: Per Delaware statutes, a Comparative Market Analysis may also be referred to as Broker Price Opinion.**

**Hawaii: This opinion as to the estimated price of real estate is not an appraisal.**

**Idaho: Unless the broker is licensed under the Idaho real estate appraisers act, chapter 41, title 54, Idaho Code, this report is not intended to meet the uniform standards of professional appraisal practice.**

**This broker's price opinion is not intended to be an appraisal of the market value of the property. If an appraisal is desired, the services of a licensed or certified appraiser should be obtained.**

**Illinois: This is a broker price opinion/comparative market analysis, not an appraisal of the market value of the real estate, and was prepared by a licensed real estate broker or managing broker who was not acting as a State certified real estate appraiser.**

**Maine: This opinion or appraisal was prepared solely for the client, for the purpose and function stated in this report and is not intended for subsequent use. It was not prepared by a licensed or certified appraiser and may not comply with the appraisal standards of the uniform standards of professional appraisal practice.**

Exhibit D

**Maryland: COMPETITIVE MARKET ANALYSIS DISCLOSURE**
**This analysis is not an appraisal. It is intended only for the purpose of assisting buyers or sellers or prospective buyers or sellers in deciding the listing, offering, or sale price of the real property.**

**Note: Per Maryland Statues a CMA is an opinion by a licensee on a recommended listing or purchase price.**

**Michigan: This is a market analysis, not an appraisal and was prepared by a licensed real estate broker or associate broker, not a licensed appraiser.**

**Minnesota: This opinion is not an appraisal of the market value of the property, and may not be used in lieu of an appraisal. If an appraisal is desired, the services of a licensed or certified appraiser must be obtained.**

**Mississippi: This opinion is not an appraisal of the market value of the property, and may not be used in lieu of an appraisal. If an appraisal is desired, the services of a licensed or certified appraiser must be obtained. This opinion may not be used by any party as the primary basis to determine the value of a parcel of real property for a mortgage loan origination, including first and second mortgages, refinances or equity lines of credit.**

**The licensee is covered by errors and omissions insurance, to the extent required by state law, for all liability associated with the preparation of the broker's price opinion.**

**Missouri: This Broker Price Opinion is not an appraisal.**

**Nebraska: This opinion or analysis is not an appraisal. It is intended only for the benefit of the addressee for the purpose of assisting buyers or sellers or prospective buyers or sellers in deciding the listing, offering, or sale price of the real property, for lending purposes in a transaction other than a federally related transaction, or for real property tax appeal purposes. This opinion or analysis is not governed by the Real Property Appraiser Act.**

**Nevada: Notwithstanding any preprinted language to the contrary, this opinion is not an appraisal of the market value of the property. If an appraisal is desired, the services of a licensed or certified appraiser must be obtained.**

**New Jersey: The CMA is not an appraisal and should not be considered the equivalent of an appraisal.**

**Note: The New Jersey Real Estate Commission considers the term "Comparative Market Analysis" to also encompass a Broker Price Opinion.**

**North Carolina: This opinion is not an appraisal of the market value of the property, and may not be used in lieu of an appraisal. If an appraisal is desired, the services of a licensed or certified appraiser shall be obtained. This opinion may not be used by any party as the primary basis to determine the value of a parcel of or interest in real property for a mortgage loan origination, including first and second mortgages, refinances, or equity lines of credit.**

**Ohio: This valuation was obtained from a market analysis or price opinion or automated valuation model report and not from a person licensed or certified as an Ohio appraiser.**

Exhibit D

**Oregon: Unless the licensee is also licensed by the Appraiser Certification and Licensure Board, this report is not intended to meet the requirements set out in the Uniform Standards of Appraisal Practice.**

**This competitive market analysis or letter opinion is not intended as an appraisal. If an appraisal is desired, the services of a competent professional licensed appraiser should be obtained.**

**Note: Under Oregon state law, a Broker Price Opinion is referred to as a "letter opinion".**

**Rhode Island: This opinion or analysis is not a certified appraisal or an appraisal that conforms to the Uniform Standards of Professional Appraisal Practice (USPAP). It is intended only for the benefit of the addressee for the purpose of assisting buyers or sellers or prospective buyers or sellers in deciding the listing offering, or sale price of the real property and not for any other purpose, including but not limited to, lending purpose excepting that specifically provided under R.I. Gen. Laws § 5-20.7-3.**

**South Carolina: This market analysis may not be used for the purposes of obtaining financing in a federally related transaction.**

**Texas: THIS IS A BROKER PRICE OPINION OR COMPARATIVE MARKET ANALYSIS AND SHOULD NOT BE CONSIDERED AN APPRAISAL OR OPINION OF VALUE. In making any decision that relies upon my work, you should know that I have not followed the guidelines for development of an appraisal or analysis contained in the Uniform Standards of Professional Appraisal Practice of the Appraisal Foundation.**

**Washington: This brokers price opinion is not an appraisal as defined in chapter 18.140 RCW and has been prepared by a real estate licensee, licensed under chapter 18.85 RCW, who is not also state-certified or state-licensed as a real estate appraiser under chapter 18.140 RCW, unless otherwise disclosed within this report.**

**Wyoming: This is an opinion of price and is not a certified appraisal of the market value of the property. If such an appraisal is desired, the service of a certified appraiser must be obtained.**

Exhibit D

# ADDITIONAL FIELD TEXT

File # [redacted]4821

Borrower/Client MARTHA PUERTO SWINSON
Property Address 9111 SW 22ND CT
City Davie County Broward State FL Zip Code 33324-6893
Lender Bank of America-Bankruptcy

FINAL RECONCILIATION

The subject is a Town House Property with GLA 1628 Sq.Ft and built-in 1980. In order to locate proximate comparable it was necessary to exceed view, closing date(6 months) and bed/bath count guidelines. Wider price(+/-20%) range comparable has been used. The Subject has immediate access to water bodies and major roads. Since there were limited comparable available it was necessary to use comparable with variance in location and cross the major roads. This however will not affect the current market value of the subject. In delivering final valuation, the most weight has been placed on CS1 and LC1 as they are most similar to the subject's condition and overall structure.

SUBJECT COMMENTS

The subject is a Town House Property with GLA 1628 Sq.Ft and built-in 1980. In order to locate proximate comparable it was necessary to exceed view, closing date(6 months) and bed/bath count guidelines. Wider price(+/-20%) range comparable has been used. The Subject has immediate access to water bodies and major roads. Since there were limited comparable available it was necessary to use comparable with variance in location and cross the major roads. This however will not affect the current market value of the subject. In delivering final valuation, the most weight has been placed on CS1 and LC1 as they are most similar to the subject's condition and overall structure.

COMMENT LISTING 1

Adjustments:,Bed:$-4000,Bath:$-2000,HBath:$-1000,GLA:$2560,View:$2500,Total Adjustment:$-1940,Net Adjustment Value:$257960
Property is similar in condition and inferior in view to the subject.
This is SFR style townhome property.
Property listed on 06/04/2021 for $259900

COMMENT LISTING 2

Adjustments:,Bath:$-2000,HBath:$-1000,GLA:$2800,View:$2500,Total Adjustment:$2300,Net Adjustment Value:$301800
Property is similar in bed count and inferior in view to the subject.
This is SFR style townhome property.
Property listed on 05/07/2021 for $299500

COMMENT LISTING 3

Adjustments:,Bath:$-2000,HBath:$-1000,GLA:$5560,Total Adjustment:$2560,Net Adjustment Value:$317460
Property is similar in condition and view to the subject.
This is SFR style townhome property.
Property listed on 06/13/2021 for $314900

Exhibit D

# SUBJECT PHOTOGRAPH ADDENDUM

File # ████4821

Borrower/Client MARTHA PUERTO SWINSON

Property Address 9111 SW 22ND CT

City Davie County Broward State FL Zip Code 33324-6893

Lender Bank of America-Bankruptcy




**FRONT OF SUBJECT PROPERTY**






**REAR OF SUBJECT PROPERTY**

address verification




**STREET SCENE**

Exhibit D

# COMPARABLES PHOTOGRAPH ADDENDUM

File # ■■■■4821

| | |
|---|---|
| Borrower/Client | MARTHA PUERTO SWINSON |
| Property Address | 9111 SW 22ND CT |
| City | Davie |
| County | Broward |
| State | FL |
| Zip Code | 33324-6893 |
| Lender | Bank of America-Bankruptcy |



**Comparable Sale 1**

2161 SW 81st Ave # 0

Davie FL 33324

Date of Sale: 12/18/2020

Sale Price: 255000

Sq. Ft.: 1380

$ / Sq. Ft.: 184.78



**Comparable Sale 2**

9102 C SW 19th Pl # 9102 C

Davie FL 33324

Date of Sale: 10/01/2020

Sale Price: 304000

Sq. Ft.: 1488

$ / Sq. Ft.: 204.30



**Comparable Sale 3**

9156 SW 23rd St # D

Davie FL 33324

Date of Sale: 03/08/2021

Sale Price: 314000

Sq. Ft.: 1488

$ / Sq. Ft.: 211.02

Exhibit D

# LISTING COMPARABLE PHOTOGRAPH ADDENDUM

File # ████4821

| | |
|---|---|
| Borrower/Client | MARTHA PUERTO SWINSON |
| Property Address | 9111 SW 22ND CT |
| City | Davie |
| County | Broward |
| State | FL |
| Zip Code | 33324-6893 |
| Lender | Bank of America-Bankruptcy |



**Listing 1**

2810 SW 87th Ave # 901
Davie
FL



**Listing 2**

9134 SW 20th Pl
Davie
FL




**Listing 3**

9121 SW 22nd # D-5
Davie
FL

Exhibit D

25494599

# LOCATION MAP ADDENDUM

File # ■■■■4821

| | |
|---|---|
| Borrower/Client | MARTHA PUERTO SWINSON |
| Property Address | 9111 SW 22ND CT |
| City | Davie |
| County | Broward |
| State | FL |
| Zip Code | 33324-6893 |
| Lender | Bank of America-Bankruptcy |




Exhibit D

25494599

AI Ready PDF Generated on 07/08/2021 1:17:32 PM

Exhibit D